Bonner C. Walsh (OSB 131716)
bonner@walshpllc.com
**WALSH LLC**
1561 Long Haul Road
Grangeville ID  83530
Phone: (541) 359-2827

Benjamin J. Sweet (*pro hac vice* forthcoming)
ben@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Phone: (412) 857-5350

Jonathan D. Miller (*pro hac vice* forthcoming)
jonathan@nshmlaw.com
**NYE, STIRLING, HALE, MILLER & SWEET, LLP**
33 W. Mission Street, Suite 201
Santa Barbara, California 93101
Phone: (805) 963-2345

*Attorneys for Plaintiff Holger Fiallo*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

# EUGENE DIVISION

| | |
|---|---|
| HOLGER FIALLO,<br><br>              Plaintiffs,<br><br>    v.<br><br>OREGON STATE UNIVERSITY BOOKSTORE, INC.,<br><br>              Defendant. | Civil Action No. 6:23-cv-00667-MC<br><br>NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1) |

1. Whereas Plaintiff Holger Fiallo filed the above-referenced case against Defendant Oregon State University Bookstore, Inc., on May 5, 2023.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint with prejudice.

Dated: June 26, 2023              Respectfully Submitted,

*/s/ Bonner C. Walsh*
Bonner C. Walsh, Esq.
bonner@walshpllc.com
**WALSH PLLC**
1561 Long Haul Road
Grangeville, ID 83530

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Bonner C. Walsh, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of June, 2023.

*/s/ Bonner C. Walsh*
Bonner C. Walsh